UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:   2:26-cv-02175-AB-DMK                     Date:   June 29, 2026
Title:      H Babaali MD Medical Inc v. Robert F. Kennedy et al.

Present:        The Honorable  **DIANA M. KWOK, U.S. MAGISTRATE JUDGE**

                K. Lozada                                      N/A
               Deputy Clerk                            Court Recorder: N/A

    Attorneys Present for Plaintiff(s):          Attorneys Present for Defendant(s):

                N/A                                            N/A

**Proceedings:**        (In Chambers) **ORDER TO SHOW CAUSE WHY COMPLAINT
                        SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE
                        AND/OR COMPLY WITH COURT ORDER**

        On May 20, 2026, the Court ordered Plaintiff to cure the deficiencies identified in ECF 2
and 3 within thirty (30) days of its order. ECF 6. The deadline to cure said deficiencies has
passed and the Court has not received any filings or other communication from Plaintiff.

        Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, in writing, by July 13, 2026,
why this action should not be dismissed for failure to prosecute and/or comply with a court
order. In the event that Plaintiff wishes to voluntarily dismiss this action, Plaintiff may complete
and return the enclosed Notice of Dismissal form, CV-09, by July 13, 2026.

        If Plaintiff files the appropriate documents to cure the aforementioned deficiencies by
July 13, 2026, this order to show cause will be automatically discharged, and Plaintiff need not
respond to it separately.

        Plaintiff is cautioned that failure to timely file a response to this order will result in a
recommendation to the district judge to dismiss this case for failure to prosecute and/or comply
with a court order.

        **IT IS SO ORDERED.**

                                                    Initials of Preparer        kl