JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| H BABAALI MD MEDICAL INC., et al.,<br>Plaintiff,<br>v.<br>ROBERT F. KENNEDY, JR., et al.,<br>Defendants. | Case No. 2:26-cv-02175-AB (DMKx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that a Notice of Voluntary Dismissal (Dkt. No. 10) has been filed in this action.

The Court therefore **DISMISSES** this action without costs and without prejudice.

Dated: August 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

cc: DMK Chambers